AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Scalia, Antonin | 2. Court or Organization<br><br>Supreme Court of the U.S. | 3. Date of Report<br><br>05/15/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Associate Justice | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>1/1/2012<br>to<br>12/31/2012 |

| 7. Chambers or Office Address<br><br>Supreme Court of the U.S.<br>One First Street, N.E.<br>Washington, D.C. 20543 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Advisory Board Member | Temple University Law School Program in People's Republic of China |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/15/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | Colgate University - Donation to charitable organization | $1,000.00 |
| 2. | 2012 | John Marshall Law School - Teaching | $5,000.00 |
| 3. | 2012 | St. John's University - Teaching | $4,500.00 |
| 4. | 2012 | St. Mary's University - Teaching | $10,000.00 |
| 5. | 2012 | University of Southern California - Teaching | $2,000.00 |
| 6. | 2012 | Wesleyan University - Teaching | $5,000.00 |
| 7. | 2012 | West Services Inc. - Book royalities | $63,991.96 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | February 4 | New Orleans, LA | Speech | Transportation, Food, and Lodging |
| 2. | American Society of the Italian Legions of Merit | December 7 | New York, NY | Speech | Transportation, Food, and Lodging |
| 3. | Appellate Judges Educational Institute | November 16 | New Orleans, LA | Speech | Transportation, Food, and Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/15/2013 |

| | | | | |
|---|---|---|---|---|
| 4. | Association of Business Trial Lawyers | September 6 | Los Angeles, CA | Speech | Transportation, Food, and Lodging |
| 5. | Archdiocese of Denver | March 3 | Denver, CO | Speech | Transportation, Food, and Lodging |
| 6. | Christopher Newport University | October 18 | Newport News, VA | Lectures | Transportation, Food |
| 7. | Commercial Club of Chicago | October 16 | Chicago, IL | Speech | Transportation, Food, and Lodging |
| 8. | Federalist Society | September 7 | San Diego, CA | Speech | Transportation, Food, and Lodging |
| 9. | Federalist Society | September 27 | Chicago, IL | Speech | Lodging |
| 10. | Federalist Society | October 15 | Philadelphia, PA | Speech | Transportation, Food, and Lodging |
| 11. | Federalist Society | October 19 | San Francisco, CA | Speech | Transportation, Food |
| 12. | Federalist Society | October 25 | Laramie, WY | Lectures | Transportation, Food |
| 13. | Friends of Abe | August 25 | Simi Valley, CA | Speech | Transportation, Food, and Lodging |
| 14. | Gatestone Institute | September 27 | New York, NY | Speech | Transportation, Food |
| 15. | John Marshall Law School | September 28 | Chicago, IL | Teaching | Transportation, Food, and Lodging |
| 16. | National Wild Turkey Federation | February 11 | Nashville, TN | Speech | Transportation, Food, and Lodging |
| 17. | Princeton University | December 10 | Princeton, NJ | Lecture | Transportation, Food |
| 18. | Rensselaer Polytechnic Institute | May 25-26 | Troy, NY | Lectures | Transportation, Food, and Lodging |
| 19. | St. John's University | April 2-3 | Queens, NY | Teaching | Transportation, Food |
| 20. | St. Mary's University | July 2-12 | Innsbruck, Austria | Teaching | Transportation, Food, and Lodging |
| 21. | St. Thomas More Society of Las Vegas | September 5 | Las Vegas, NV | Speeches | Transportation, Food, and Lodging |
| 22. | South Carolina Bar Association | January 21 | Columbia, SC | Speech | Transportation, Food, and Lodging |
| 23. | Thomson Reuters | September 17 | New York, NY | Speech | Transportation, Food, and Lodging |
| 24. | University of Chicago | February 13-14 | Chicago, IL | Lectures | Transportation, Food, and Lodging |
| 25. | University of Southern California | April 10 | Los Angeles, CA | Teaching | Transportation, Food, and Lodging |
| 26. | University of Southern Mississippi | April 4 | Hattiesburg, MS | Lecture | Transportation |
| 27. | Wesleyan University | March 8 | Middletown, CT | Teaching | Transportation, Food, and Lodging |
| 28. | William & Mary | September 10 | Williamsburg, VA | Lecture | Food, Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| **Scalia, Antonin** | 05/15/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | National Wild Turkey Federation | Shotgun | $1,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | NW Mutual Life Insurance Company | Loan on insurance | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TIAA-CREF | B | Interest | K | T | | | | | |
| 2. Capital One Bank | A | Interest | L | T | | | | | |
| 3. Vanguard Inflation Protected Securities Fund (VIPSX) | A | Dividend | | | Buy (add'l) | 04/20/12 | J | | |
| 4. | | | | | Sold | 07/12/12 | M | E | |
| 5. American Funds Growth Fund of America 529F1 (CGFFX) | A | Dividend | L | T | Buy (add'l) | 09/27/12 | K | | |
| 6. Harbor Bond Fund Inst (HABDX) | B | Dividend | K | T | Sold (part) | 12/03/12 | K | B | |
| 7. Ivy Science & Technology (ISTIX) | | None | K | T | Sold (part) | 12/03/12 | K | D | |
| 8. Oppenheimer Gold & Prec Metals (OPGSX) | | None | K | T | Buy (add'l) | 12/03/12 | K | | |
| 9. Templeton Global Bond (TGBAX) | C | Dividend | L | T | Sold (part) | 12/03/12 | J | B | |
| 10. Vanguard Short-Term Bond Fund (VBSSX) | B | Dividend | M | T | Buy (add'l) | 12/03/12 | J | | |
| 11. Vanguard Total Stock Market ETF (VTI) | B | Dividend | L | T | Buy (add'l) | 01/04/12 | K | | |
| 12. | | | | | Buy (add'l) | 04/20/12 | J | | |
| 13. | | | | | Sold (part) | 12/03/12 | K | C | |
| 14. Berkshire Hathaway Class B common shares (BRKB) | | None | K | T | Sold (part) | 12/03/12 | J | C | |
| 15. ING Fixed Index Annuity | D | Dividend | N | T | | | | | |
| 16. PIMCO Stocks Plus Short Strategy (PSTIX) | | None | | | Sold | 01/03/12 | K | A | |
| 17. SPDR Gold Trust ETF (GLD) | | None | L | T | Buy (add'l) | 03/23/12 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Wells Fargo High Yield Bond (SHYYX) | C | Dividend | L | T | Buy (add'l) | 12/03/12 | K | | |
| 19. Vanguard Energy ETF (VDE) | A | Dividend | K | T | | | | | |
| 20. Vanguard Mid Cap ETF (VO) | A | Dividend | K | T | Buy (add'l) | 01/04/12 | J | | |
| 21. | | | | | Buy (add'l) | 03/23/12 | J | | |
| 22. | | | | | Buy (add'l) | 04/20/12 | J | | |
| 23. | | | | | Sold (part) | 12/03/12 | K | B | |
| 24. Dodge & Cox International Stock (DODFX) | | None | | | Sold | 02/24/12 | K | A | |
| 25. Fidelity Floating Rate High Yield Bond Fund (FFRHX) | B | Dividend | L | T | Buy (add'l) | 04/20/12 | J | | |
| 26. | | | | | Sold (part) | 12/03/12 | J | A | |
| 27. American Funds AMCAP 529F1 (CAFFX) | A | Dividend | J | T | Buy (add'l) | 09/27/12 | J | | |
| 28. American Funds Capital World Bond 529F1 (CCWFX) | A | Dividend | J | T | | | | | |
| 29. American Funds EuroPacific Gr 529F1 (CEUFX) | A | Dividend | J | T | Buy (add'l) | 09/27/12 | J | | |
| 30. American Funds Interm Bond Fund 529F1(CBOFX) | A | Dividend | J | T | Buy (add'l) | 09/27/12 | J | | |
| 31. American Funds Money Mkt Fund 529F1 (FARXX) | | None | | | Sold | 09/27/12 | J | A | |
| 32. American Funds Sh-Tm Bond Fd 529F1 (CFAMX) | A | Dividend | J | T | Buy (add'l) | 09/27/12 | J | | |
| 33. American Funds US Govt Sec 529F1 (CGTFX) | A | Dividend | J | T | | | | | |
| 34. American Funds Wash Mutual 529F1 (CWMFX) | A | Dividend | J | T | Buy (add'l) | 09/27/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Federated Prudent Bear Fund A (BEARX) | | None | | | Sold | 01/03/12 | J | A | |
| 36. Charles Schwab Cash Sweep Account | A | Interest | L | T | | | | | |
| 37. Vanguard MSCI Emerging Markets ETF (VWO) | A | Dividend | J | T | Buy (add'l) | 12/03/12 | J | | |
| 38. Rental Property, Charlottesville, VA (2008 $165,000) | D | Rent | M | R | | | | | |
| 39. Eagle MLP Strategy I (EGLIX) | | None | K | T | Buy | 12/03/12 | K | | |
| 40. ELEMENTS Rogers Intl Commofity Agri ETN (RJA) | | None | K | T | Buy | 12/03/12 | K | | |
| 41. ING Real Estate Instl (CRARX) | A | Dividend | K | T | Buy | 12/03/12 | K | | |
| 42. Tweedy, Browne Global Value (TBGVX) | A | Dividend | K | T | Buy | 02/27/12 | K | | |
| 43. Vanguard Small Cap ETF (VB) | A | Dividend | K | T | Buy | 03/23/12 | J | | |
| 44. | | | | | Buy (add'l) | 04/20/12 | J | | |
| 45. | | | | | Buy (add'l) | 12/03/12 | J | | |
| 46. Vanguard Inflation Protected Securities Fund (VAIPX) | B | Dividend | M | T | Buy | 07/12/12 | M | | |
| 47. | | | | | Sold (part) | 12/3/12 | K | C | |
| 48. Trust #1 | D | Dividend | O | T | | | | | |
| 49. -BIF Money Fund (cash account) | | | | | | | | | |
| 50. -BlackRock Large Cap Core Fund Instl (MALRX) | | | | | Sold (part) | 01/06/12 | J | A | |
| 51. | | | | | Buy (add'l) | 12/20/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 12/26/12 | J | B | |
| 53. -BlackRock Global Sm Cap Fund Instl (MAGCX) | | | | | Sold (part) | 01/06/12 | J | A | |
| 54. | | | | | Sold (part) | 12/20/12 | J | A | |
| 55. | | | | | Sold (part) | 12/26/12 | J | A | |
| 56. -BlackRock Equity Dividend Instl (MADVX) | | | | | Sold (part) | 01/06/12 | J | B | |
| 57. | | | | | Buy (add'l) | 12/20/12 | J | | |
| 58. | | | | | Sold (part) | 12/26/12 | J | B | |
| 59. -BlackRock Global Allocation instl (MALOX) | | | | | Sold (part) | 01/06/12 | J | A | |
| 60. | | | | | Sold (part) | 12/20/12 | J | B | |
| 61. | | | | | Sold (part) | 12/26/12 | J | B | |
| 62. -BlackRock Core Bond Port Instl (BFMCX) | | | | | Sold (part) | 01/06/12 | J | B | |
| 63. | | | | | Buy (add'l) | 12/20/12 | J | | |
| 64. | | | | | Sold (part) | 12/26/12 | J | A | |
| 65. -BlackRock Capital Appreciation Fund Inc Instl (MAFGX) | | | | | Sold (part) | 01/06/12 | J | B | |
| 66. | | | | | Sold (part) | 12/20/12 | K | D | |
| 67. | | | | | Sold (part) | 12/26/12 | J | B | |
| 68. -BlackRock Inflation Protected Bond Inst (BPRIX) | | | | | Sold (part) | 01/06/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 12/20/12 | J | | |
| 70. | | | | | Sold (part) | 12/26/12 | J | A | |
| 71. -BlackRock Strategic Income Opps Inst (BSIIX) | | | | | Sold (part) | 01/06/12 | J | A | |
| 72. | | | | | Buy (add'l) | 12/20/12 | J | | |
| 73. | | | | | Sold (part) | 12/26/12 | J | A | |
| 74. -BlackRock Global Dividend Inc Portfolio Inst (BIBDX) | | | | | Sold (part) | 01/06/12 | J | A | |
| 75. | | | | | Sold (part) | 12/20/12 | J | A | |
| 76. | | | | | Sold (part) | 12/26/12 | J | A | |
| 77. -BlackRock Mid CapValue Opps Inst (MARFX) | | | | | Sold (part) | 01/06/12 | J | A | |
| 78. | | | | | Sold (part) | 12/20/12 | J | A | |
| 79. | | | | | Sold (part) | 12/26/12 | J | A | |
| 80. -BlackRock Large Cap Growth Fund Instl (MALHX) | | | | | Buy | 12/20/12 | K | | |
| 81. | | | | | Sold (part) | 12/26/12 | J | A | |
| 82. Trust #2 | D | Dividend | N | T | | | | | |
| 83. -Schwab Adv Cash Reserves (Money Market Fund) | | | | | | | | | |
| 84. -American Funds EuroPacific Growth F (AEGFX) | | | | | | | | | |
| 85. -Berkshire Hathaway Class B common shares (BRKB) | | | | | Sold (part) | 10/08/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -CGM Realty (CGMRX) | | | | | Sold | 02/24/12 | J | A | |
| 87. -Dodge & Cox International Stock (DODFX) | | | | | Sold | 02/24/12 | J | A | |
| 88. -Fidelity Floating Rate High Yield Bond Fund (FFRHX) | | | | | | | | | |
| 89. -Harbor Bond Fund Inst (HABDX) | | | | | Sold (part) | 12/3/12 | J | A | |
| 90. -Ivy Science & Technology (ISTIX) | | | | | Sold (part) | 10/08/12 | J | A | |
| 91. -Oppenheimer Gold & Prec Metals (OPGSX) | | | | | Buy (add'l) | 10/08/12 | J | | |
| 92. -Templeton Global Bond (TGBAX) | | | | | Sold (part) | 10/08/12 | J | A | |
| 93. -Vanguard Emerging Market ETF (VWO) | | | | | Buy (add'l) | 10/08/12 | J | | |
| 94. -Vanguard Energy ETF (VDE) | | | | | Sold (part) | 10/08/12 | J | A | |
| 95. -Vanguard Inflation Protected Securities Fund (VIPSX) | | | | | Sold | 07/12/12 | K | D | |
| 96. -Vanguard Mid Cap ETF (VO) | | | | | Buy (add'l) | 01/04/12 | J | | |
| 97. | | | | | Sold (part) | 10/08/12 | J | A | |
| 98. -Vanguard Short-Term Bond Fund (VBSSX) | | | | | Buy (add'l) | 10/08/12 | K | | |
| 99. -Vanguard Total Stock Market ETF (VTI) | | | | | Buy (add'l) | 01/04/12 | J | | |
| 100. | | | | | Sold (part) | 10/08/12 | J | A | |
| 101. -Wells Fargo High Yield Bond (SHYYX) | | | | | Buy | 10/08/12 | J | | |
| 102. -Elements Rogers Agri Commodity ETF (RJA) | | | | | Buy (add'l) | 10/08/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. -Federated Prudent Bear Fund (BEARX) | | | | | Sold | 01/03/12 | J | A | |
| 104. -PIMCO Stocks Plus Short Strategy (PSTIX) | | | | | Sold | 01/03/12 | J | A | |
| 105. -c5 SL I Limited Partnership | | | | | | | | | |
| 106. -Eagle MLP Strategy I (EGLIX) | | | | | Buy | 12/3/12 | J | | |
| 107. -ING Real Estate Instl (CRARX | | | | | Buy | 03/02/12 | J | | |
| 108. | | | | | Buy (add'l) | 10/08/12 | J | | |
| 109. -SPDR Gold Shares (GLD) | | | | | Buy | 03/23/12 | K | | |
| 110. -Tweedy, Browne Global Value (TBGVX) | | | | | Buy | 02/27/12 | J | | |
| 111. -Vanguard Small Cap ETF (VB) | | | | | Buy | 10/08/12 | J | | |
| 112. -Vanguard Inflation Protected Securities Fund Adm Sh(VAIPX) | | | | | Buy | 07/12/12 | K | | |
| 113. | | | | | Sold (part) | 10/08/12 | J | A | |
| 114. | | | | | | | | | |
| 115. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Scalia, Antonin | 05/15/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Antonin Scalia**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544